IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERMAINE ALFORD, SR., <br> Petitioner, | ) <br> ) <br> ) |
| v. | ) Civil Action No. 11-1313 <br> ) |
| SUPT. SCI FOREST, et al., <br> Respondents. | ) <br> ) <br> ) |

O R D E R

AND NOW, this 15th day of November, 2011, after a petition for a writ of habeas corpus was filed by the petitioner, Germaine Alford, Sr., and after a Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was accorded an opportunity to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Germaine Alford, Sr. for a writ of habeas corpus is dismissed without prejudice, and that a certificate of appealability is denied, because reasonable jurists could not conclude that a basis for appeal exists.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

_____
Chief United States District Judge